JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SOHELIA GOORAN, | Case No. CV 18-1577 FMO (AGRx) |
| Plaintiff(s), | |
| v. | **JUDGMENT** |
| THE HOME DEPOT, INC., et al., | |
| Defendant(s). | |

IT IS ADJUDGED THAT the above-captioned action is dismissed with prejudice.

Dated this 15th day of October, 2018.

                                                                            /s/
                                        Fernando M. Olguin
                                     United States District Judge